**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: ARTEMIS HEALTHCARE INC. | ) | |
| and ARIANA SCIENCES DATA BREACH | ) | **Case No. 3:26-cv-00003** |
| LITIGATION | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Betsy G. Stibler of Gordon Rees Scully Mansukhani, LLP hereby enters her appearance as counsel of record for Defendants Artemis Healthcare, Inc. and Ariana Sciences, LLC d/b/a Palm Beach Pathology, P.A. in this matter, replacing M. Patrick O'Neal. Betsy G. Stibler shall be designated as counsel of record for Defendants. M. Patrick O'Neal shall be removed as counsel of record for Defendants and relieved of any further notice obligations in this matter. Any and all correspondence pertaining to Defendants may be sent to the address below.

**RESPECTFULLY SUBMITTED** May 15, 2026.

> **GORDON REES SCULLY MANSUKHANI, LLP**
>
> **/s/** *Betsy G. Stibler*
> Betsy G. Stibler, BPR No. 035340
> Gordon Rees Scully Mansukhani, LLP
> 4020 Aspen Grove Drive, Suite 500
> Franklin, Tennessee 37067
> Telephone:     615-772-9000
> Facsimile:     615-970-7490
> bstibler@grsm.com
>
> *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court and that copies of the above will be sent to those indicated below via electronic mail, on the 15th day of May, 2026.

James Gerard Stranch, IV
Grayson Wells
Stranch, Jennings, & Garvey, PLLC
223 Rosa L. Parks Ave
Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Attorney for Plaintiff*

/s/ Sarah C. Frese
Sarah Frese