**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| DAVE KANNBERG, Plaintiff(s) | ) ) ) | |
| v. | ) ) | Case No. 3:26- cv-00003<br>Judge Campbell / Frensley |
| ARTEMIS HEALTHCARE, INC., *et al.*, Defendant(s) | ) ) ) | |

**ORDER**

The Initial Case Management Conference set for June 12, 2026 at 8:30 a.m. is hereby CANCELLED. The Conference will be rescheduled after the ruling on the pending motion to stay (Docket No. 24).

**IT IS SO ORDERED.**

JEFFERY S. FRENSLEY
United States Magistrate Judge